UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 07-33268 |
|---|---|
| HENRY M MURPHY | (Chapter 13) |
| BETTY J MURPHY | |
| Debtors | JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4093770**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 4/ 13 | CHARMING SHOPPES FASHION BUG<br>% FIRST EXPRESS<br>BOX 856021<br>LOUISVILLE, KY  40285 | 50.33 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 8/2/2011

Certificate of Service         07-33268

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| HENRY M MURPHY | STEVEN J GEISE | (13.1) |
| --- | --- | --- |
| BETTY J MURPHY | 316 S. Main St | CHARMING SHOPPES FASHION BUG |
| 1152 RIVERBEND | SIDNEY, OH  45365 | % FIRST EXPRESS |
| SIDNEY, OH  45365 | | BOX 856021 |
| | | LOUISVILLE, KY  40285 |

| (29.1n) | (33.1n) | (32.1n) |
| --- | --- | --- |
| HOLLY N WOLF | MARY E KRASOVIC | PORTFOLIO RECOVERY ASSOCIATES |
| MANLEY DEAS KOCHALSKI LLC | BOX 165028 | BOX 41067 |
| BOX 165028 | COLUMBUS, OH  43216 | NORFOLK, VA  23541 |
| COLUMBUS, OH  43216 | | |

Jeffrey M. Kellner BY       ___/s/ Jeffrey M. Kellner_____       sv